IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KYLE W. AVERY,

      Plaintiff,                        No. CIV S-06-0041 LKK GGH P

    vs.

LT. C. HEINTSCHEL, et al.,

      Defendants.                <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983.  Plaintiff's original complaint was dismissed with leave to file an amended complaint.  Plaintiff has filed an amended complaint.

        The amended complaint states a cognizable claim for relief as to several defendants, pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.  By concurrently filed Findings and Recommendations, however, the court must recommend dismissal of one defendant.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendants:  Lieutenant (Lt.) C. Heintschel; Lt. D. Padilla; and Officer J.S. Stewart.

2. The Clerk of the Court shall send plaintiff three (3) USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed June 2, 2006.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 1 above; and

    d. Four (4) copies of the endorsed amended complaint filed June 2, 2006.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: 11/7/06               /s/ Gregory G. Hollows

                                                GREGORY G. HOLLOWS
                                                UNITED STATES MAGISTRATE JUDGE

GGH:009
aver0041.1am

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KYLE W. AVERY,

      Plaintiff,                  No. CIV S-06-0041 LKK GGH P

    vs.

LT. C. HEINTSCHEL, et al.,

      Defendants.          <u>NOTICE OF SUBMISSION</u>

_____/    <u>OF DOCUMENTS</u>

       Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      __1__    completed summons form

      __3__    completed USM-285 forms

      __4__    copies of the __June 2, 2006__
                                 Amended Complaint

DATED:

                                       _____
                                       Plaintiff